UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60945-CIV-DIMITROULEAS

PROFICIENT AUTO, INC.,
assignee of Glovis America, Inc.

     Plaintiff,

vs.

AUTO TRANSPORT SERVICES, INC.,
a Florida corporation

     Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

On October 22, 2013, the Court issued a Scheduling Order [DE 36] directing the parties to agree upon a mediator within fourteen (14) days and to advise the Clerk's office of their choice. From the record, it appears that the parties have not yet selected a mediator.

Accordingly, it is **ORDERED AND ADJUDGED** that the parties shall file a response to this Order to Show Cause by November 14, 2013, showing cause why the Clerk should not be directed to randomly select a mediator from the list of certified mediators.   Failure to comply with this Order will result in the Clerk selecting a mediator at random.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of November, 2013.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record