UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60945-CIV-DIMITROULEAS

PROFICIENT AUTO, INC.,
assignee of Glovis America, Inc.

       Plaintiff,

vs.

AUTO TRANSPORT SERVICES, INC.,
a Florida corporation

       Defendant.
_____/

## ORDER DENYING MOTION AS MOOT

THIS CAUSE is before the Court upon the October 3, 2013, Report and Recommendation of Magistrate Judge Lurana S. Snow (the "Report") [DE 34] and Plaintiff's Motion to Tax Costs (the "Motion") [DE 13], filed herein on July 23, 2013.

Although the Court agrees that Plaintiff would normally be entitled to costs as a prevailing party after a default judgment, the Court has set aside the default judgment.  *See* [DE 31].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 13] is hereby **DENIED WITHOUT PREJUDICE AS MOOT**; and

2. Plaintiff may re-file a motion for costs at the conclusion of the case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of November, 2013.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record